**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013014629**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/13/2013 5:18 pm  SUBSTITUTE - RESIDENCE
To be served on: RECORDS CUSTODIAN ABOVE ALL GARAGE DOOR OF SOUTH FLORIDA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Rush (BROWARD) | 1.00 | 30.00 | 30.00 |
| Additional Addresses (BROWARD) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $110.00 |

**BALANCE DUE:** **$110.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013002535**
**1/17/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/14/2013  Served: 1/15/2013 8:15 pm  SUBSTITUTE - RESIDENCE
To be served on: CHARLES V. SPARROCK

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 2.00 | 25.00 | 50.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $150.00 |
| **BALANCE DUE:** | | | **$150.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013002536**
**1/17/2013**



**BERK, MERCHANT & SIMS, PLC**
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/14/2013   Served: 1/15/2013 8:00 pm  INDIVIDUAL
To be served on: MADELINE GIARDIELLO

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $100.00 |
| **BALANCE DUE:** | | | **$100.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013002537**
**1/21/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/14/2013    Served: 1/18/2013 10:40 am  INDIVIDUAL
To be served on: LOIS LAX

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:**                                                          **$100.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013002559**
**1/16/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/14/2013   Served: 1/15/2013 12:34 pm  AUTHORIZED
To be served on: CORPORATE REPRESENTATIVE PARAMOUNT CONSULTING BY THE RAAM GROUP C/O
R/A SPIEGEL & UTRERA. P.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $105.00 |
| **BALANCE DUE:** | | | **$105.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is
vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



Invoice #ZPS-2013014619
3/19/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/12/2013 4:20 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN CITIZENS PROPERTY INSURANCE CORPORATION

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee TALLAHASSEE, FL | 1.00 | 59.00 | 59.00 |
| Rush Fee | 1.00 | 59.00 | 59.00 |
| TOTAL CHARGED: | | | $118.00 |
| **BALANCE DUE:** | | | **$118.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE 



**Invoice #ZPS-2013014632**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013  Served: 3/13/2013 4:38 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN AUTOMATIC ENTRANCES, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013014635**
**3/22/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/19/2013 6:28 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN CHALAIRE AND ASSOCIATES ENGINEERING CONSULTANTS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena PALM BEACH) | 1.00 | 35.00 | 35.00 |
| Rush Fee | 2.00 | 35.00 | 70.00 |
| Additional Addresses (PALM BEACH) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $140.00 |

| **BALANCE DUE:** | | | **$140.00** |
|---|---|---|---|

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013014637**
**3/19/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/13/2013 10:40 am  AUTHORIZED
To be served on: RECORDS CUSTODIAN CHARLES R. TUTWILER & ASSOCIATES, INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee TAMPA, FL | 1.00 | 59.00 | 59.00 |
| Rush Fee | 1.00 | 59.00 | 59.00 |
| TOTAL CHARGED: | | | $118.00 |
| **BALANCE DUE:** | | | **$118.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013014638**
**3/19/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/14/2013 11:45 am  AUTHORIZED
To be served on: RECORDS CUSTODIAN COAST TO COAST GENERAL CONTRACTORS, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** **$60.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is
vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013014641**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/14/2013 12:20 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN H.S. WHITE CORPORATION

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 2.00 | 30.00 | 60.00 |
| Additional Addresses (BROWARD) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $120.00 |

**BALANCE DUE:** **$120.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013014644**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013  Served: 3/14/2013 2:45 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN LINDMAN INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |
| **BALANCE DUE:** | | | **$60.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013014646**
**3/21/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/20/2013 2:02 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN MASTEC

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $110.00 |

**BALANCE DUE:**                                                     **$110.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is
vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013014647**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013  Served: 3/14/2013 1:00 pm  AUTHORIZED
To be served on: RECORDS CUSTODIAN PRITTS, INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |
| **BALANCE DUE:** | | | **$60.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013014677**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/14/2013 10:40 am  AUTHORIZED
To be served on: RECORDS CUSTODIAN ROOF SURVEYS, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |
| **BALANCE DUE:** | | | **$60.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



Invoice #ZPS-2013014711
3/14/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/13/2013 11:20 am  AUTHORIZED
To be served on: RECORDS CUSTODIAN UNITED VERTICAL BLINDS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:** $50.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE 



**Invoice #ZPS-2013015177**
**3/20/2013**

**Original Date: 3/19/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/12/2013   Served: 3/19/2013 11:30 am  AUTHORIZED
To be served on: RECORDS CUSTODIAN ALFI ELECTRONIC, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 2.00 | 25.00 | 50.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:**                                                    **$100.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is
vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



Invoice #ZPS-2013015230
3/21/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/14/2013   Served: 3/19/2013 9:10 am  SUBSTITUTE - RESIDENCE
To be served on: RICHARD MOORE PARAMOUNT CONSULTING BY THE RAAM GROUP

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 2.00 | 25.00 | 50.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:** **$100.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013015270**
**3/18/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 3/14/2013   Served: 3/15/2013 9:12 am  AUTHORIZED
To be served on: CORPORATE REPRESENTATIVE PARAMOUNT CONSULTING BY THE RAAM GROUP C/O
R/A SPIEGEL & UTRERA. P.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $95.00 |

**BALANCE DUE:** $95.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



Invoice #ZPS-2013036503
7/18/2013

Original Date: 7/2/2013

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013  Served: 7/2/2013 7:50 am  AUTHORIZED
To be served on: RICHARD MOORE PARAMOUNT CONSULTING BY THE RAAM GROUP

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |
| No Charge Per Kelly | | | 50.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013036513**
**7/18/2013**

**Original Date: 7/5/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 7/2/2013 7:30 pm   INDIVIDUAL
To be served on: MADELINE GIARDIELLO

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| No Charge Per Kelly | | | 25.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE 



Invoice #ZPS-2013036515
7/18/2013

Original Date: 7/12/2013

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 7/11/2013 7:00 pm   INDIVIDUAL
To be served on: LEE PATRONE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |
| No Charge per Kelly | | | 50.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE 



Invoice #ZPS-2013036516
7/18/2013

Original Date: 7/5/2013

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 7/2/2013 7:45 pm  INDIVIDUAL
To be served on: CHARLES SPARROCK

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| No Charge per Kelly | | | 25.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013036518**
**7/18/2013**

**Original Date: 7/2/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013  Served: 7/1/2013 12:50 pm  INDIVIDUAL
To be served on: LOIS LAX

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| No Charge per Kelly | | | 25.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



**Invoice #ZPS-2013036519**
**7/18/2013**

**Original Date: 7/2/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013  Served: 7/2/2013 10:20 am  INDIVIDUAL - NON-RESIDENTIAL
To be served on: DANIEL SANDOVAL WINDY REALTY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |
| No Charge Per Kelly | | | 50.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

## INVOICE



**Invoice #ZPS-2013036521**
**7/18/2013**

**Original Date: 7/5/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 7/3/2013 9:00 am   INDIVIDUAL - NON-RESIDENTIAL
To be served on: JAIME BALAGUER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Additional Addresses (BROWARD) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |
| No Charge Per Kelly | | | 60.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# <u>INVOICE</u> 



**Invoice #ZPS-2013036523**
**7/18/2013**

**Original Date: 6/28/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 6/26/2013 11:41 am  AUTHORIZED
To be served on: JEFF DOBBINS TSSA STORM SAFE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| No Charge Per Kelly | | | 30.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013036524**
**7/18/2013**

**Original Date: 6/27/2013**

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013    Served: 6/25/2013 4:50 pm  AUTHORIZED
To be served on: DAVID TAYLOR TAYLOR CONTRACTING & ROOFING, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| No Charge Per Kelly | | | 30.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**Phone: (305) 371-4664**
**Fax: (305) 374-8262**
**65-0843868**

# INVOICE



**Invoice #ZPS-2013038750**
**7/3/2013**



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 7/2/2013 1:40 pm  AUTHORIZED
To be served on: BISCAYNE COVE COND0MINIUM ASSOCIATION C/O REGISTERED AGENT: DAVID ROGEL
BECKER & POLIAKOFF

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:** | | | **$50.00**

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is
vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
**Suite 200**
**Miami, FL 33132**
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE





BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0310

**Case Number: Southern 10-23728-CIV-O'SULLIVAN**

Plaintiff:
**BISCAYNE COVE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 6/24/2013   Served: 7/2/2013 7:30 pm  AUTHORIZED
To be served on: BISCAYNE COVE CONDOMINIUM ASSOCIATION MADELINE GIARDIELLO PRESIDENT OF
THE BOARD OF DIRECTORS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |
| **BALANCE DUE:** | | | **$50.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is
vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m