# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
| --- | --- |
| Monday, March 25, 2013 | 64116EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
| --- | --- |
| Witness: | Richard Moore |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 3/20/2013 |
| Start Time: | 1:00 PM |
| End Time: | 5:47 PM |
| Reporter: | Jessica Donnelly |
| Claim #: | |
| File #: | 014063.0310 |

29321JDR

| Description | Quan | Total |
| --- | --- | --- |
| Attendance Fee | 1 | $312.50 |
| Original Transcript | 142 | $631.90 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| Sub Total | | $989.40 |
| Payments | | $989.40 |
| Balance Due | | $0.00 |

*$944.40* (handwritten)

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Monday, March 25, 2013 | 64131EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Oliver Gross |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 3/21/2013 |
| Start Time: | 10:00 AM |
| End Time: | 2:41 PM |
| Reporter: | Dawn Jobe |
| Claim #: | |
| File #: | 014063.0310 |

29320JDR

| Description | Quan | Total |
|---|---|---|
| Video Services - First Hour | 1 | $225.00 |
| Video Services - Additional Hour(s) | 4.25 | $425.00 |
| Sub Total | | $650.00 |
| Payments | | $650.00 |
| Balance Due | | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

## Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Friday, April 5, 2013 | 64222EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900    Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Lois Lax |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 3/26/2013 |
| Start Time: | 1:00 PM |
| End Time: | 2:20 PM |
| Reporter: | Craig Taylor |
| Claim #: | |
| File #: | 014063.0310        29448JDR |

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $115.00 |
| Original Transcript | 50 | $222.50 |
| Exhibit Copies | 11 | $5.50 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| Sub Total | | $388.00 |
| Payments | | $388.00 |
| Balance Due | | $0.00 |

343.00

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Friday, April 5, 2013 | 64224EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900    Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Oliver Gross |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 3/21/2013 |
| Start Time: | 10:00 AM |
| End Time: | 2:41 PM |
| Reporter: | Dawn Jobe |
| Claim #: | |
| File #: | 014063.0310 |

29320JDR

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $290.00 |
| Original Transcript | 122 | $542.90 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| Sub Total | | $877.90 |
| Payments | | $877.90 |
| Balance Due | | $0.00 |

*832.90* (handwritten)

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting    Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Friday, April 5, 2013 | 64227EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900    Fax: (786) 338-2888

| | |
|---|---|
| **Witness:** | Victor Merced |
| **Case:** | Biscayne vs. QBE |
| **Venue:** | |
| **Case #:** | 10-23728-CIV |
| **Date:** | 3/25/2013 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:39 PM |
| **Reporter:** | Nicole Woods |
| **Claim #:** | |
| **File #:** | 014063.0310 |

29444JDR

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $175.00 |
| Original Transcript | 81 | $360.45 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| | Sub Total | $580.45 |
| | Payments | $580.45 |
| | Balance Due | $0.00 |

*535.45* (handwritten)

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Monday, April 15, 2013 | 64409EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Lee Patrone |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 3/29/2013 |
| Start Time: | 10:00 AM |
| End Time: | 12:12 PM |
| Reporter: | Jessica Donnelly |
| Claim #: | |
| File #: | 014063.0310    29465JDR |

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $155.00 |
| Original Transcript | 62 | $275.90 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| | Sub Total | $475.90 |
| | Payments | $475.90 |
| | Balance Due | $0.00 |

*430.90* (handwritten)

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Wednesday, April 10, 2013 | 64341EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Jaime Balaguer |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 4/5/2013 |
| Start Time: | 2:00 PM |
| End Time: | 3:57 PM |
| Reporter: | Nicole Woods |
| Claim #: | |
| File #: | 014063.0310 |

29601JDR

| Description | Quan | Total |
|---|---|---|
| Attendance Fee - Transcript Deferred | 1 | $175.00 |
| | Sub Total | $175.00 |
| | Payments | $175.00 |
| | Balance Due | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue  
Suite 300  
Fort Lauderdale, FL 33316  
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
| --- | --- |
| Thursday, April 25, 2013 | 64628EJR |

Evelyn M. Merchant  
Berk, Merchant & Sims, P.A.  
2 Alhambra Plaza  
Suite 700  
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
| --- | --- |
| Witness: | Jaime Balaguer |
| Case: | Biscayne vs. QBE |
| Venue: | |
| Case #: | 10-23728-CIV |
| Date: | 4/5/2013 |
| Start Time: | 2:00 PM |
| End Time: | 3:57 PM |
| Reporter: | Nicole Woods |
| Claim #: | |
| File #: | 014063.0310 |

29601JDR

| Description | Quan | Total |
| --- | --- | --- |
| Transcript Copy | 50 | $172.50 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| | Sub Total | $217.50 |
| | Payments | $217.50 |
| | Balance Due | $0.00 |

172.50

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*