

# MERLIN
## LAW GROUP

TAMPA, FL
777 S. HARBOUR ISLAND BLVD.
SUITE 950
TAMPA, FL 33602
TELEPHONE (813) 229-1000
FAX (813) 229-3692

September 11, 2013

**VIA EMAIL AND U.S. MAIL**

William Xanttopoulos, Esquire
Berk, Merchant & Sims, PLC
2 Alhambra Plaza
Suite 700
Miami, FL 33134

      RE:  Biscayne Cove Condominium Association, Inc.
             v. QBE Insurance Corporation

Dear Mr. Xanttopoulos:

    My review of the file did not reflect that the costs of the Response to Request for Production made by QBE were submitted. Therefore, please find the enclosed.

Very truly yours,

Douglas L. Grose

DLG/mkw

Enclosure

{T0664384.DOC;2}
www.merlinlawgroup.com
Blog: propertyinsurancelawcoverage.com
Coral Gables, FL • Denver, CO • Houston, TX • Los Angeles, CA • New York, NY • Red Bank, NJ • Scottsdale, AZ • Tampa, FL • West Palm Beach, FL



TAMPA, FL
777 S. HARBOUR ISLAND BLVD.
SUITE 950
TAMPA, FL 33602
TELEPHONE: (813) 229-1000
FAX: (813) 229-3692

September 11, 2013

William Xanttopoulos, Esquire
Berk, Merchant & Sims, PLC
2 Alhambra Plaza
Suite 700
Miami, FL 33134

      RE:    Biscayne Cove Condominium Association, Inc.
              v. QBE Insurance Corporation

## INVOICE

February, 2013 Production from
Biscayne Cove Condo. Assn.

| | |
|---|---:|
| 14,783 images @ $0.25 per page | $ 3,695.75 |
| 7 videotape conversions @ $70 each | $ 490.00 |
| 5 audiotape conversions @ 82.50 each | $ 412.50 |
| 17 CD's @ $15.00 per disk | $ 255.00 |
| Total Amount Due | $ 4,853.25 |

Please make check payable to:

Merlin Law Group
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Tax ID # 47-0948426

cc:    Bookkeeping

{T0664384.DOC;2}
www.merlinlawgroup.com
Blog: propertyinsurancelawcoverage.com
Coral Gables, FL • Denver, CO • Houston, TX • Los Angeles, CA • New York, NY • Red Bank, NJ • Scottsdale, AZ • Tampa, FL • West Palm Beach, FL